FILED
March 04, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MAM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| v. | ) CRIMINAL NO. SA-23-CR-459-OLG |
| GILBERT RAMIREZ, JR. | ) |
| Defendant | ) |

**ORDER**

The Court has considered the report and recommendation of United States Magistrate Judge Henry J. Bemporad. Docket no. 26. No objections were filed, and the report and recommendation was reviewed for clear error. Upon review, the Court finds that the Magistrate Judge's recommendation should be ACCEPTED.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 26) is ACCEPTED and Defendant's motion to dismiss count one of the indictment (docket no. 21) is DENIED for the well stated reasons in the recommendation.

SIGNED this ___1___ day of March, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE